# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Criminal Case No. 12-cr-00157-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     FRANCISCO RODRIGUEZ-JIMINEZ,

    Defendant.

## ORDER REASSIGNING CASE

This matter comes before the Court on Defendant's Unopposed Motion to Vacate Change of Plea Hearing And To Consolidate This Case with Supervised Release Violation Case 09-cr-0091-CMA, (ECF No. 15) filed May 23, 2012. The Court having reviewed the Motion and the applicable Record hereby ORDERS as follows:

The Court GRANTS the Defendant's Unopposed Motion. The Court notes that this Defendant is currently scheduled to appear before United States District Court Judge Christine M. Arguello on June 21, 2012 for a hearing on a Petition to Revoke Supervised Release in criminal action 09-cr-0091-CMA. The Court FINDS, therefore, that the interests of justice and the promotion of judicial economy are best served by the reassignment of the instant action to Judge Arguello.

Therefore, pursuant to D.C.COLO.LCrR 50.1A, and with the agreement of Judge Arguello and the approval of Chief Judge Wiley Y. Daniel, this criminal action is REASSIGNED to Judge Christine M. Arguello for all purposes and future proceedings.

All future filings in this case shall be docketed under Criminal Case No. 12-cr-0157-CMA.

It is FURTHER ORDER that the Change of Plea Hearing set for June 19, 2012 at 10:30 a.m., before Judge William J. Martínez is hereby VACATED.

Dated this 25th day of May, 2012.

BY THE COURT:

William J. Martínez
United States District Judge